J. NELSON TAPPAN, as Trustee, etc., Appellant, *v.* THE STATE BANK OF NEW BRUNSWICK, Respondent.

(Argued May 9, 1881 ; decided May 13, 1881.)

*Albert A. Abbott* for appellant.

*John E. Parsons* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.